IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR92 |
| vs. | ORDER |
| TIMOTHY J. STEWART, | |
| Defendant. | |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 33. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 33, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 26, is denied.

Dated this 14th day of June, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge